# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

GREGORY TERRY BROOKS A/K/A GREGORY
T. BROOKS A/K/A GREG BROOKS, JR.

VERSUS

LOUISIANA STATE UNIVERSITY AND
AGRICULTURAL AND MECHANICAL COLLEGE
A/K/A LOUISIANA STATE UNIVERSITY,
BOARD OF SUPERVISORS OF LOUISIANA
STATE UNIVERSITY AGRICULTURAL AND
MECHANICAL COLLEGE, AND OUR LADY OF
THE LAKE REGIONAL MEDICAL CENTER

NO.   2025 CW 0686

**OCTOBER 23, 2025**

---

In Re:   Our Lady of the Lake Hospital, Inc., applying for
supervisory writs, 19th Judicial District Court, Parish
of East Baton Rouge, No. 751840.

---

**BEFORE:   THERIOT, PENZATO, AND BALFOUR, JJ.**

**WRIT GRANTED.** The district court's June 12, 2025 judgment which overruled the exception of prematurity filed by defendant, Our Lady of the Lake Hospital, Inc. ("OLOL"), is reversed. Although plaintiff alleged a cause of action for negligent initial credentialing herein, the evidence admitted by the district court showed that Dr. Gaynor was re-credentialed by OLOL prior to the medical treatment at issue in this case, and such re-credentialing involved ongoing review. Treatment related medical decisions and dereliction of skill for which a hospital can be held liable for "malpractice" fall under the "supervision and training" of the providers once they enter the building and engage in the practice of medicine therein. **Thomas v. Reg'l Health Sys. of Acadiana, LLC,** 2019-00507 (La. 1/29/20), 347 So.3d 595, 602. Re-credentialing necessarily falls within the definition of "malpractice" because it constitutes an "unintentional tort . . . based on health care or professional services rendered, or which should have been rendered, by a health care provider, to a patient . . . in the training or supervision of health care providers". **Id.** We find the negligent credentialing, which necessarily involves the re-credentialing of Dr. Gaynor which occurred prior to the treatment at issue, are so intertwined with the malpractice claims as to fall within the purview of the definition of "malpractice", and therefore, within the Medical Malpratice Act. **Id.** at 604. See also La. R.S. 40:1231.1(A)(13). The exception of prematurity filed by defendant, Our Lady of the Lake Hospital, Inc., is granted, and plaintiff's claims against Our Lady of the Lake Hospital, Inc. are dismissed, without prejudice.

MRT
AHP
KEB

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT